petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 348 Fed. Appx. 960 (first judgment).

**No. 09-8822. Kurt Garbutt, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3460, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5080.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 351 Fed. Appx. 106.

**No. 09-8935. Oscar Alvarez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3461, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5036.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-9041. Jose N. Lopez-Mendoza, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3463, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5060.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

**No. 09-9049. Mark A. Beckford, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1002, 130 S. Ct. 3463, 177 L. Ed. 2d 1050, 2010 U.S. LEXIS 5026.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).